IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSE ROBERT MITCHELL,<br>Reg. No. 05327-017, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO.: 2:19-CV-846-WHA-JTA |
| WARDEN WALTER WOOD, | ) ) | |
| Respondent. | ) ) | |

## **ORDER**

On July 19, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 16. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition is DISMISSED with prejudice as moot.

A Final Judgment will be entered separately.

Done, this 9th day of August 2022.

            /s/  W. Harold Albritton
            W. HAROLD ALBRITTON
            SENIOR UNITED STATES DISTRICT JUDGE